# In the United States Court of Federal Claims
## (Pro Se)

|                                    |     |                        |
|------------------------------------|-----|------------------------|
| DAWN UNGA-STICK,                   | )   |                        |
|                                    | )   |                        |
| Plaintiff,                         | )   |                        |
|                                    | )   |                        |
| v.                                 | )   | No. 26-177             |
|                                    | )   | (Filed: June 22, 2026) |
| THE UNITED STATES OF AMERICA,      | )   |                        |
|                                    | )   |                        |
| Defendant.                         | )   |                        |
|                                    | )   |                        |

## ORDER DISMISSING FOR FAILURE TO PROSECUTE

Plaintiff Dawn Unga-Stick filed this pro se action seeking a refund of $29,373.00 for federal taxes that she alleges she overpaid. See Compl. at 2, ECF No. 1. Although her complaint seeks a refund for the 2021 tax year, the attached exhibits provide her payment information for the 2022 tax year. Compare id., with Compl. Ex. A at 5, ECF No. 1-2, and Compl. Ex. B at 6–151, ECF No. 1-2. The government moved for a more definite statement, and on April 24, 2026, the Court granted the motion, ordering Plaintiff to amend her pleadings and clarify the tax year for which she seeks a refund by May 8, 2026. Mot. for More Definite Statement, ECF No. 11; Order for More Definite Statement at 1–3, ECF No. 12. Plaintiff was warned that if she did not file by the deadline, her case may be dismissed for failure to prosecute under Rule 41(b) of the Court of Federal Claims ("RCFC"). Order for More Definite Statement at 3.

Plaintiff did not file by the deadline. On May 18, 2026, the Court issued another order, warning Plaintiff that if she did not file an amended pleading by June 1, 2026, her case would be dismissed as previously warned. ECF No. 13. Plaintiff missed that deadline as well.

Accordingly, this case is **DISMISSED** without prejudice under RCFC 41(b) for failure to prosecute. For purposes of dismissing the case, Plaintiff's Motion for Leave to Proceed in Forma Pauperis, ECF No. 2, is **GRANTED**. The clerk is directed to enter judgment accordingly.

**IT IS SO ORDERED.**

ELAINE D. KAPLAN
Judge